# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RHODERA HERNANDEZ, ) <br> ) <br>                    Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WACHOVIA MORTGAGE, et al., ) <br> ) <br>                    Defendants. ) <br> _____) | Case No. 2:13-cv-00054-JCM-PAL <br><br> **ORDER** |

Before the court is the parties' proposed Discovery Plan and Scheduling Order (Dkt. #12) requesting special scheduling review.

The court entered a standard Discovery Plan and Scheduling Order (Dkt. #11) on April 11, 2013, when the parties failed to timely file one. Pursuant to LR 26-1(e) the court entered a standard order giving the parties 180 days from the filing of the Answer in which to complete discovery and other related deadlines. The parties' proposed discovery plan requests special scheduling review. However, the proposed discovery plan does not comply with LR 26-1 which requires a statement of reasons why more time is requested than what is deemed presumptively reasonable. As such,

**IT IS ORDERED** that the parties' proposed Discovery Plan and Scheduling Order (Dkt. #12) requesting special scheduling review is **DENIED**. The parties' deadlines established by the court's Discovery Plan and Scheduling Order (Dkt. #11) entered April 11, 2013, shall apply.

Dated this 15th day of April, 2013.

_____
Peggy A. Leen
United States Magistrate Judge